UNITED STATES of America,
Plaintiff–Appellee

v.

Bianca Fabione VEREEN,
Defendant–Appellant.

No. 08–60438
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

John Arthur Meynardie, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Mississippi, Gulfport, MS, for Plaintiff–Appellee.

George Lowrey Lucas, Federal Public Defender's Office Southern District of Mississippi, Jackson, MS, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

Bianca Fabione Vereen, federal prisoner # 06290–043, appeals the district court's denial of her 18 U.S.C. § 3582(c)(2) motion to reduce her sentence based on the amendments to the crack cocaine Guideline. Vereen's appeal waiver does not bar

---

the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

this appeal. *See United States v. Cooley,* 590 F.3d 293, 296–97 (5th Cir.2009). The Government's motion to dismiss the appeal is DENIED.

Vereen argues that, in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the district court was authorized to reduce her sentence based on the new advisory guidelines range and after consideration of the 18 U.S.C. § 3553(a) factors. She also contends that her career offender status did not preclude the court from reducing her sentence. These issues are foreclosed by this court's decisions in *United States v. Anderson,* 591 F.3d 789, 790–91 (5th Cir. 2009), and *United States v. Doublin,* 572 F.3d 235, 236–39 (5th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 517, 175 L.Ed.2d 366 (2009). The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.